DAVID S. BISSET, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order of the County Court of Westchester county reversing judgment of the City Court of New Rochelle and dismissing complaint affirmed, with costs. No opinion. Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to reverse the order and to reinstate the judgment.

MAX F. BLOOM, Appellant, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Order dismissing complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

MARGUERITE BOYCE, Respondent, v. HARRISON H. BOYCE, Appellant.— Order denying motion for a reduction of alimony reversed on the law and the facts, without costs, and motion referred to an official referee to hear and report to the Special Term all of the circumstances involving defendant's business and properties, with their gains or losses for the year 1932, and all circumstances affecting defendant's income, including, also, specific findings of the moneys which defendant has been paying to his present wife and to her sister, if any, during the same period of time, on condition that the appellant stipulate that upon the coming in of the referee's report the Special Term may pass upon a counsel fee for the plaintiff in view of the reference, and in the event of defendant's failure to give such stipulation within ten days after entry of order hereon, the order appealed from is affirmed. Young, Kapper, Hagarty and Tompkins, JJ., concur; Davis, J., dissents and votes to affirm.

ABRAHAM BRILL and CHARLES BURSUK, Respondents, v. CHARLES CUMMINGS, Doing Business as CUMMINGS LAUNDRY MACHINERY Co., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

PETER CALLAN, Respondent, v. M. PATANE COMPANY, INC., Appellant, and Others, Defendants.— Judgment reversed on the law, without costs, and a new trial granted. This case was tried before the court without a jury, and there is no decision supporting the judgment. (Civ. Prac. Act, § 440.) While it is the practice in such cases as this to dismiss the appeal and remit the case to the trial justice to make findings (*Ventimiglia* v. *Eichner*, 213 N. Y. 147; *Langling Co.* v. *Elflien*, 230 App. Div. 731; *Corley* v. *Spitzer*, 235 id. 703), the learned justice who presided over the trial has retired from the court, and the case must be retried. Therefore, to clear the record and to grant the required relief, we reverse the judgment and grant a new trial. (*Smith* v. *Geiger*, 202 N. Y. 306, 311, 312.) As both sides are in fault, neither should recover the costs. Young, Hagarty, Carswell and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

CAPITAL AND SURPLUS CORPORATION, Respondent, v. SOUNDPOST REALTY CORPORATION, Appellant, and Others, Defendants.— Order granting plaintiff's motion for summary judgment unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.